**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RONALD E. COOKS 05369030:

**Full Name of Plaintiff        Inmate Number**        :

:        Civil No. _____

v.        :        (to be filled in by the Clerk's Office)

:

E. BRADLEY        :        ( ✓ ) Demand for Jury Trial

**Name of Defendant 1**        :        ( ✓ ) No Jury Trial Demand

:

_____        :

**Name of Defendant 2**        :

:

_____        :        **FILED**

**Name of Defendant 3**        :        **SCRANTON**

:        JAN 2 6 2021

_____        :

**Name of Defendant 4**        :        PER _____ Amo

:        **DEPUTY CLERK**

_____        :

**Name of Defendant 5**        :

(Print the names of all defendants. If the names of all        :

defendants do not fit in this space, you may attach        :

additional pages. Do not include addresses in this        :

section).        :

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

✓    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II.   **ADDRESSES AND INFORMATION**

A.   **PLAINTIFF**

COOKS, RONALD, E.

Name (Last, First, MI)

COOKS, RONALD, E.

Inmate Number

05369030

Place of Confinement

United States Penitentiary - CANAAN

Address

3057 Eric J. Williams memorial DR., Waymart, PA. 18472

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___   Pretrial detainee

___   Civilly committed detainee

___   Immigration detainee

___   Convicted and sentenced state prisoner

✓   Convicted and sentenced federal prisoner

B.   **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Name (Last, First)

BRADLEY, E

Current Job Title

Warden, OPH, Trustee

Current Work Address

3057 Eric J. Williams memorial DR. Waymart, PA. 18472

City, County, State, Zip Code

Defendant 2:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code


Defendant 3:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code


Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code


Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

## III.   STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

Reading Bureau of Prisons Trust fund Program Statement 4500.12 And U.S.C. Title 31 Sec. 1321

B.   On what date did the events giving rise to your claim(s) occur?

July 21. 2019

C.   What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

I learned - I was being deprived of benefit(s) to have. As financial means established by Act of Congress. Trustee(es) fail to do something required by duty; As under a contract or by law.

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

42 U.S.C. Sec. 1983, 18 U.S.C. Sec. 241, 242 And 246, 15 U.S.C. Sec. 1 , 48 U.S.C. Sec. 11, 31 U.S.C. Sec. 1321, U.C. Cont. Art. 1 Sec. 9 Cl. 7, U.S. Cont. 14th Amend. Sec. 1 Cl. 2 U.S. Cont. 5th Amend., House Joint Resolution 192 of June 5. 1933, Codified At 31 U.S.C. Sec. 5118 2(d), 5 U.S.C. Sec. 7114, 7119 c. Annotation (4), 31. U.S.C. Sec. 1501 (A), 1101, 1511, 1514 And 1519.

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.



Emotional Strain

## VI.   RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

I, without Arrogance - request A decision based on equitable principles; An Accepted offer by mutual Agreement that A Specified future performance (cont.)

Cont.

Will discharge in full AN obligation when performed ; e.g. transfer of goods, Services, funds, instance of transactions, my bank-type-computer system be reprogrammed, reimbursement of all funds withheld plus interest. And, stop the trust fund AND SIS department blocking my E-mail contact(s) AND electronic staff request.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Without Predice u.cc 1-103, 1-207, 308
by: (Romael E. Coech )

Signature of Plaintiff

1·11·21

Date



CERTIFIED MAIL

Inmate Name: Ronald E. Cooks
Register Number: 05369030
United States Penitentiary — CANAAN
P.O. Box 300
Waymart, Pa. 18472

7020 0090 0001 7244 4776

RECEIVED
SCRANTON

JAN 26 2021

PER_____
DEPUTY CLERK

U.S. POSTAGE PAID
WAYMART, PA
18472
JAN 20 21
AMOUNT
$0.00
R2305K138948-30



"LEGAL MAIL"

office of clerk
P.O. Box 1148
United States District Court
235 North Washington Ave,
Scranton, PA. ~~18503~~ 18501-1148