IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD E. COOKS,** | : | CIVIL ACTION NO. 1:21-CV-142 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ERIC BRADLEY, WARDEN** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 12th day of April, 2021, upon consideration of plaintiff's complaint, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* is GRANTED. (Doc. 8).

2. Plaintiff shall pay the full filing fee of $402.00, based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/ Warden, or other appropriate official at plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a. The average monthly deposits in the inmate's prison account for the past six months, or

    b. The average monthly balance in the inmate's prison account for the past six months.

    The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/ Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's

   income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

4. The Clerk of Court is directed to SEND a copy of this Order to the Superintendent/ Warden of the institution wherein plaintiff is presently confined.

5. Plaintiff's complaint (Doc. 1) is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. Plaintiff is granted leave to file an amended complaint on or before **Tuesday, April 27, 2021** in accordance with this Order's accompanying Memorandum.

7. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

            /S/ CHRISTOPHER C. CONNER
            Christopher C. Conner
            United States District Judge
            Middle District of Pennsylvania